UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PAT SCHWEIGER,

    Plaintiff,

vs.

BEAMER'S LANDING, INC.,

    Defendant.

No. CV-15-0250-JLQ

ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE

BEFORE THE COURT is the parties' "Stipulation and Order of Dismissal with Prejudice" (ECF No. 17) wherein the parties state all claims have been fully settled and compromised and agree to dismissal of the action with prejudice and without an award of costs to either party. Plaintiff's counsel has also filed a certified copy of the state court Letters of Administration in the estate of Pat Schweiger. Counsel states Ms. Schweiger has been duly appointed and approved the settlement in this matter. (ECF No. 19).

**IT IS HEREBY ORDERED**:

Pursuant to the Stipulation (ECF No. 17), the Clerk is directed to enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs to any party.

**IT IS SO ORDERED**. The Clerk shall file this Order, enter judgment, furnish copies to counsel, and close this file.

Dated this 27th day of February, 2017.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1