# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| PAT SCHWEIGER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-CV-250-JLQ |
| BEAMER'S LANDING, INC., | ) | |
| | ) | |
| *Defendant* | | |

## JUDGMENT OF DISMISSAL IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation and Order of Dismissal with Prejudice (ECF No. 17) is GRANTED. Judgment of dismissal of the Complaint and the claims therein with prejduice and without costs to any party is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush   on the parties' Stipulation and Order of Dismissal (ECF No. 17).

Date:  February 27, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb